**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
305-297-1878
Anthony V. Narula, Esq. (*Admitted Pro Hac Vice*)
Jeff Gutchess, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|                                                            | : | Chapter 11 |
| In re:                                                     | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,*                   | : | |
|                     Debtors.                               | : | |
------------------------------------------------------------x

| **LEHMAN BROTHERS HOLDINGS INC.,** | Adversary Proceeding: |
|                                    | |
|         Plaintiff,                 | Case No. 16-01318 (SCC) |
| v.                                 | |
| **MORTGAGE CAPITAL ASSOCIATES, INC,** | |
|         Defendant.                 | |
| _____ /   | |

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned that the law firm of AXS Law Group, PLLC is hereby substituted for the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, as counsel of record for Defendant, Mortgage Capital Associates, Inc., in the above-captioned case.  Hereafter, all pleadings and papers directed to the Defendant shall be served upon Anthony V. Narula, Esq. and Jeff Gutchess, Esq., c/o AXS Law Group, PLLC, 2121 NW 2nd Ave, Suite 201, Wynwood, Florida 33127.

| | |
|---|---|
| Dated: June 30, 2017 | Dated: June 30, 2017 |
| **AXS LAW GROUP, PLLC**<br>2121 NW 2nd Ave<br>Suite 201<br>Wynwood, Florida 33127<br>Telephone: (305) 297-1878<br><br>By:  /s Anthony V. Narula<br>Anthony V. Narula, Esq. (FBN 56546)<br>anthony@axslawgroup.com<br>Jeff Gutchess<br>jgutchess@axslawgroup.com<br>alex@axslawgroup.com | **BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**<br>1450 Brickell Avenue<br>Suite 2300<br>Miami, Florida 33131-3456<br>Telephone: (305) 350-7220<br>Direct Fax: (305) 351-2147<br><br>By:  /s Philip R. Stein<br>Philip R. Stein, Esq. (FBN 41517)<br>pstein@bilzin.com<br>Mindy A. Mora, Esq.<br>mmora@bilzin.com<br>eservice@bilzin.com |

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Wynwood, Florida 33127
305-297-1878
Anthony V. Narula, Esq. (*Admitted Pro Hac Vice*)
Jeff Gutchess, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: Chapter 11
In re:
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*
:
      Debtors.
:
------------------------------------------------------------x

**LEHMAN BROTHERS HOLDINGS INC.,**   Adversary Proceeding:

    Plaintiff,   Case No. 16-01318 (SCC)

v.

**MORTGAGE CAPITAL ASSOCIATES, INC,**

    Defendant.
_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the Court on the Stipulation for Substitution of Counsel and the Court having reviewed same and being otherwise fully advised in the premises, it is hereupon:

ORDERED AND ADJUDGED:

Anthony V. Narula, Esq. and Jeff Gutchess, Esq., of the law firm AXS Law Group, PLLC, 2121 NW 2nd Ave, Suite 201, Wynwood, Florida 33127, are hereby substituted in as counsel of record for and on behalf of Mortgage Capital Associates, Inc., and that the law firm of Bilzin Sumberg Baena Price & Axelrod LLP shall have no further responsibility with regard to Mortgage

Capital Associates, Inc., and that all further pleadings and papers shall hereafter be served upon Anthony V. Narula, Esq. and Jeff Gutchess, Esq., c/o AXS Law Group, PLLC, 2121 NW 2nd Ave, Suite 201, Wynwood, Florida 33127.

DONE AND ORDERED in Chambers, this ____ day of _____, 2017.

**Honorable Judge Shelley C. Chapman**
United States Bankruptcy Court Judge

cc:  Anthony V. Narula, Esq.
 Jeff Gutchess, Esq.
 Philip R. Stein, Esq.
 Mindy A. Mora, Esq.